Pearl W. Chavers, appellee, v. Richard Hill, Jr., appellant. Gen. No. 30,710.

Action on case for malicious prosecution. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Walter P. Steffen, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 2, 1926.

Andrew J. O'Donnell and Richard Hill, Jr., *pro se*, for appellant. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Financial Securities Corporation, appellee, v. Otto Langos, trading as Langos Electric & Manufacturing Company (not inc.), appellant. Gen. No. 30,719.

Action upon notes. Judgment for plaintiff. Appeal from denial of motion to vacate. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 2, 1926. Rehearing denied March 15, 1926.

Harry H. Felgar, for appellant. Martin W. Watrous, for appellee. Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Herman C. Struve, appellee, v. Michael Pissani, appellant. Gen. No. 30,736.

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926.

Max C. Liss, for appellant; Goodnow, Barasa & Liss, of counsel. Zillman & Krinker, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Leslie A. Johnson, appellee, v. Blauer & Goldstone Company, appellant. Gen. No. 30,764.

Action for services and material furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed with findings of fact and judgment here. Opinion filed March 2, 1926.

Krauss, Goldman & Allshouse, for appellant. Guy H. Powell, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.